No. D–634. IN RE DISBARMENT OF BRYAN. Disbarment entered. [For earlier order herein, see 481 U. S. 1066.]

No. D–639. IN RE DISBARMENT OF GOLDBERG. Disbarment entered. [For earlier order herein, see 482 U. S. 903.]

No. D–655. IN RE DISBARMENT OF WOOD. It is ordered that Roger A. Wood, of Toledo, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–656. IN RE DISBARMENT OF FRIEDMAN. It is ordered that John Albert Friedman, of Fort Lauderdale, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–657. IN RE DISBARMENT OF ROSENTHAL. It is ordered that Jerome Bernard Rosenthal, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–658. IN RE DISBARMENT OF ROBINSON. It is ordered that James E. Robinson, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 86–492. BOYLE, PERSONAL REPRESENTATIVE OF THE HEIRS AND ESTATE OF BOYLE *v.* UNITED TECHNOLOGIES CORP. C. A. 4th Cir. [Certiorari granted, 479 U. S. 1029.] Motion of Edwin Lees Shaw for leave to submit supplemental authority as *amicus curiae* denied.

No. 86–1172. GOODYEAR ATOMIC CORP. *v.* MILLER ET AL. Sup. Ct. Ohio. [Probable jurisdiction noted, 483 U. S. 1004.] Motion of appellees for divided argument denied.